ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DO NOT SUBMIT THIS
FORM TO THE COURT

HONGAN LAI
[Your Name],

Plaintiff,

CV 13 716 MAUSKOPF, J.

COMPLAINT

- against -

[Insert Names], U.S. Marshal and Thomas Fisher

Jury Trial Demanded

Defendants.
-----------------------------------X

I. Parties:

Plaintiff HONGAN LAI, resides at Mailing Address: 8812 ELMHURST AVE, 4M ELMHURST, NY 11373

Defendant Thomas Fisher resides at FDC. 700 Arch Street, Philadelphia, PA 19106

Defendant _____, resides at _____

II. The jurisdiction of the Court is invoked pursuant to 28 U.S.C § 1332

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] When I was transfered from FDC to Petersburg VA, this agent did not give my legal document on Nov 29, 2011

IV. Remedy. State what relief, such as money damages, you seek from each defendant.
Seeking punishment damage for $500,000.00.

02/04/13
Date

Sign Your Name

(212)-786-2836
Telephone Number

RECEIVED
FEB 0 5 2013
PRO SE OFFICE